UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                                CASE NO. 17-10223-BKC-PGH
                                                                      CHAPTER 7
Mena, Normandy Diaz

            Debtor(s)
_____/

## TRUSTEE'S EX PARTE APPLICATION FOR EMPLOYMENT OF ATTORNEY

Trustee, **DEBORAH C. MENOTTE**, respectfully requests an order of the court authorizing the employment of **MICHAEL R. BAKST, ESQ.** of the law firm of **GREENSPOON MARDER, P.A.** to represent the Trustee in this case and states:

1. It is necessary that the trustee employ an attorney to represent the trustee in this case to perform ordinary and necessary legal services required in the administration of the estate.

2. The attorney does not hold or represent any interest adverse to the estate and the trustee believes that the employment of this attorney would be in the best interest of the estate.

3. Attached to this motion is the proposed attorney's affidavit demonstrating **MICHAEL R. BAKST, ESQ.** and **GREENSPOON MARDER, P.A.** are disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Bankruptcy Rule 2014.

4. The attorney has agreed to be compensated in accordance with 11 U.S.C. § 330. The Trustee has not executed a retainer agreement with proposed counsel.

5. The Trustee believes that the attorney is qualified to practice in the Bankruptcy Court and is qualified to advise the Trustee on its relations with and responsibilities to, the debtor, creditors and other parties.

WHEREFORE, the Trustee respectfully requests an Order authorizing the employment of **MICHAEL R. BAKST, ESQ**. and **GREENSPOON MARDER, P.A.** to represent the Trustee on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

March 01, 2017

Respectfully submitted,

*/s/ Deborah C. Menotte, Trustee*
DEBORAH C. MENOTTE TRUSTEE
P. O. Box 211087
West Palm Beach, FL 33421
Telephone: (561) 795-9640
Facsimile: (561) 348-1997
Email: dmenotte@gmail.com

**U.S. MAIL NOTICE**

Michael R. Bakst, Esq.
Greenspoon Marder, P.A.
525 Okeechobee Blvd., Ste 1570
West Palm Beach, FL 33401

Normandy Diaz Mena, Debtor
75 Barbados Drive
Palm Springs, FL 33461

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R. Bakst**   efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;efileu2170@gmlaw.com

- **Angelo M Castaldi**   axm@trippscott.com, bankruptcy@trippscott.com;dst@trippscott.com

- **Deborah Menotte**   menottetrustee@gmail.com, ecf.alert+Menotte@titlexi.com

- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov

- **Robert Sanchez**   court@bankruptcyclinic.com, courtECFmail@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                        Case No.: 17-10223-PGH
                                               Chapter 7
NORMANDY DIAZ MENA,

    Debtor.
_____/

## AFFIDAVIT OF PROPOSED ATTORNEY FOR TRUSTEE

STATE OF FLORIDA
COUNTY OF PALM BEACH

    MICHAEL R. BAKST, ESQ. being duly sworn, says:

1. I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida, and am qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

2. I am employed by the law firm of Greenspoon Marder, P.A., with offices located at CityPlace Tower, 525 Okeechobee Boulevard, Suite 900, West Palm Beach, Florida 33401.

3. I have run a conflict check through a computerized data base maintained by this law firm where I have made every effort to input the names of any known potentially adverse party, including the debtors, as well as known insiders of the debtors whom I believe could potentially be adverse to the Trustee. The data base includes names of current and previous clients of the firm, current and previous adverse parties of such clients, and names of related parties within such matters. Where any potential names come up which indicate a possible conflict, I have reviewed the specifics of the matter to verify that any such involvement of this law firm or myself does not present any facts that would render myself or the firm to not be disinterested or create a conflict of interest. In appropriate situations I have also communicated with other attorneys at this law firm that may be more familiar with such client or matter in order to confirm that representation by myself and this law firm complies with §327.

29544011:1

4. The law firm of Greenspoon Marder, P.A. has several offices throughout the State of Florida and the United States with more than 200 lawyers practicing in various legal fields. Among the firm's clients includes several banking institutions, some of which could be creditors in this estate. However, neither I nor this firm would be representing any such banking institution within this estate, and if it becomes necessary for the Trustee to be adverse to any such entity, neither I nor this firm would handle such matter, but instead the Trustee would obtain special counsel for purposes of handling such contested matter.

5. The law firm of Greenspoon Marder, P.A., nor any of its attorneys hold or represent any interest adverse to the estate, and we are disinterested persons as required by 11 U.S.C. §327(a).

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

FURTHER AFFIANT SAYETH NAUGHT.

Greenspoon Marder, P.A.

_____
MICHAEL R. BAKST, ESQ.

Sworn and subscribed before me this 23rd day of February, 2017.

_____
Notary Public, State of Florida

Jennifer D. Johnson
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG047408
Expires 11/15/2020

02232017/jdj
29556.0171

29544011:1