UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No.: 17-10223-PGH
                                                          Chapter 7
NORMANDY DIAZ MENA,

    Debtor.
_____/

## RE-NOTICE OF RULE 2004 EXAMINATION DUCES TECUM
### (Change of date only)

    **Deborah C. Menotte, Trustee in Bankruptcy for Normandy Diaz Mena**, by and through undersigned counsel, will examine the Debtor, **Normandy Diaz Mena** under oath on **March 13, 2017 at 1:00 o'clock p.m.**, at the offices of **Greenspoon Marder, P.A., 525 Okeechobee Blvd., Suite 900, West Palm Beach, Fl 33401**. The examination may continue from day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date the examination will be rescheduled upon timely request to a mutually agreeable time

    The examination is pursuant to FRBP 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in FRBP 2004. Pursuant to Local Rule 2004-1 no order shall be necessary. [If the examination is of a witness other than the debtor, the Local Form "Subpoena for Rule 2004 Examination" is included with this notice.]

    The examinee or your representatives, must also bring with you to the examination the documents, electronically stored information, or objects described on the attached Exhibit "A" (or if the examination is of a witness other than the debtor, on the attached subpoena), and must permit inspection, copying, testing, or sampling of the materials.

    The examinee is further requested to produce to undersigned counsel all of the documents described on the attached Exhibit "A" no later than **March 10, 2017 at 5:00 p.m.** Please contact the undersigned counsel's office beforehand to advise us if you are going to hand deliver documents so that we can make arrangements to allow you to access the office with security.

29743160.1

**IT IS THE DEBTOR'S RESPONSIBILITY TO PROVIDE AND PAY FOR A TRANSLATOR IF ONE IS NEEDED AT THIS DEPOSITION.**

<u>All interested parties that plan on attending the examination should contact undersigned counsel's office to confirm that the examination is going forward on the scheduled date and time before attending as the date and time may change.</u>

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 2nd day of March, 2017, to the all parties listed below.

GREENSPOON MARDER, P.A.

_____
MICHAEL R. BAKST, ESQ.
Attorney for Trustee
Florida Bar No. 866377
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
Telephone: (561) 838-4523
Facsimile: (561) 514-3423

cc:   Sun Coast

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Angelo M Castaldi    axm@trippscott.com, bankruptcy@trippscott.com;dst@trippscott.com
- Deborah Menotte    menottetrustee@gmail.com, ecf.alert+Menotte@titlexi.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

**Manual Notice List**

Normandy Diaz Mena

29743160.1

75 Barbados Drive
Palm Springs, FL  33461-2829

29743160.1

## EXHIBIT "A"

NOTE: IN ADDITION TO ANY PERIODS OF TIME REFERENCED IN EACH REQUEST BELOW, THE DEBTOR IS TO PROVIDE DOCUMENTATION FOR THE CURRENT YEAR AS WELL.

1. Copies of all of the debtor's tax returns of any type filed by the debtor, including all amendments, addendums, attachments and schedules, including income tax returns, tangible personal property tax returns, intangible personal property income tax returns, sales tax returns, and so forth, whether made to federal, state or local government agencies, which you have filed in the last four (4) years.

2. All bank, savings, savings and loan, money market, investment account and accounts receivable books or statements for accounts in institutions representing any items in which the debtor has a legal or equitable interest or in which you have had any legal or equitable interest, within the last four years.

3. All statements, deposit slips, wire transfer receipts, check registers, and canceled checks for any personal and business bank accounts, checking accounts, savings and loan accounts, savings accounts, money market accounts, stock accounts, stock escrows and for all other accounts in which the debtor has or has had a legal or equitable interest for the four years immediately preceding the date of this notice.

4. All deeds, leases, mortgages, liens, or other written instruments evidencing an interest or an ownership in real property, legal or equitable, at any time, held by the debtor for the past four years.

5. Bills of sale, contracts, closing statements, title policies or other written evidence of any personal or real property purchased or sold, or transferred in any manner whatsoever, including voluntarily or involuntarily, by the debtor for the past four years. Such documentation would include, but not be limited to, any documentation evidencing any repossessions, replevins, garnishments, levies, or foreclosure actions.

6. Motor vehicle documents including titles and registrations relating to any motor

29743160.1

vehicles used, leased or owned (legal or equitable title) by the debtor alone or with other persons within the last four years. For purposes of this request, motor vehicles include, but are not limited to, automobiles, motorcycles, trucks, construction and/or farm machinery and equipment, trailers, motor homes and mobile homes, mopeds, vans and tractors.

7.  Any and all financial statements, affidavits, loan or credit applications as to debtor's personal or business assets and liabilities prepared either by you, for you, or on your behalf for the past four years.

8.  The declaration page(s) for all motor vehicle insurance for debtor or any automobiles in which the debtor holds or has held a legal or equitable interest at any time for the past four years. The definition of motor vehicle for the purpose of this request is set forth more fully above in Question 6.

9.  Any and all property insurance declaration page(s) for any property in which the debtor holds or has held a legal or equitable interest at any time for the past four years.

10. The declaration page(s) for all boat and/or airplane insurance for the debtor of any boat and/or airplane in which the debtor holds or has held a legal or equitable interest at any time for the past four years. Further, provide any and all documentation evidencing the debtor's ownership, either legal or equitable title, of any boats and/or airplanes, including titles, registrations, security agreements, and Federal Aviation Administration documentation.

11. All shareholder agreements, membership agreements, partnership agreements, buy-sell agreements, and joint venture agreements to which the debtor is or has been a party that has been executed or in effect at any time for the past four years.

12. Any and all stock or bond certificates held by the debtor at any time for the past four years, whether relating to a publicly or privately held entity.

13. Any employment agreements, including but not limited to, those in which the debtor asserts the status as an independent contractor, or providing for fringe benefits or expense reimbursement, that has been in existence for any time for the past four years.

14. Any and all judgments entered in the debtor's favor within the past twenty years.

15. The minute books, articles of incorporation, by-laws, membership agreement, capital account ledgers, partnership agreement, complete state and federal tax returns for the last two (2) years of operations, bank records for the past one (1) year of operation, profit/loss statements for the last year of operations, account receivable ledgers, account payable ledgers, most recent inventory, and shareholder agreements of any corporation, limited liability companies and/or partnerships in which the Debtor is or was an officer, director, member, partner in which the Debtor holds or has held any of the partnership's interest, membership interest, or corporation's stock with the last four (4) years.

16. Any leases to which the debtor is or has been a party, and/or guarantor, within the last four years.

29743160.1

17. Any documents relating to certificates of deposit held by the debtor for any time within the last four years.

18. Any and all documentation relating to any trust to which the debtor is, or has been within the past four years, a trustee and/or beneficiary either directly or indirectly.  For purposes of this request, such documentation includes, but is not limited to, a copy of the trust agreement, tax returns filed by the trust, documentation evidencing assets of the trust and when same was transferred into the trust, and any documentation evidencing monies and/or other consideration
received by the debtor from the trust for any time during the past four years.

19. A copy of the debtor's last will and testament.

20. Any and all documents reflecting all sources of income received by the debtor during the past one year.

21. All wage stubs, wage statements, and all other documents received by the debtor within the past year for salary wages, bonuses and commissions earned.

22. Any and all documentation evidencing any security deposits, including the amount of same, which is being held on behalf of the debtor.

23. Any and all documentation regarding any jewelry for which the debtor has or has had any legal or equitable ownership interest for any time within the past four years.  For purposes of this request, the documentation to be provided includes, but is not limited to, copies of any and all appraisals, documentation evidencing the purchase, sale, and/or transfer of such jewelry, and any documentation evidencing insurance held on such jewelry.

24. Any and all documentation evidencing any life, accident or health insurance policies held by the debtor, including, but not limited to, the policy itself and the declaration page.

25. Any and all documents sought from you by the Trustee and/or Trustee's counsel pursuant to oral requests or correspondence.

26. Copies of any and all documents and papers of any type relating to any and all annuities, 401K accounts, IRAs, pension plans, deferred compensation plans, or other retirement type accounts owned by you for anytime during the past four (4) years through the present date.  Such documentation would include, but not be limited to, actual policies themselves, contracts, statements, IRS determination letters, documentation evidencing how the annuities, 401K accounts, IRAs, pension plans,, deferred compensation plans, or other retirement type accounts were purchased, as well as documentation evidencing how you have spent the funds from such annuities, 401K accounts, IRAs, pension plans, deferred compensation plans, or other retirement type accounts  In regard to documentation evidencing how the annuities, 401K accounts, IRAs, pension plans, deferred compensation plans, or other retirement type accounts were purchased, such appropriate documentation would include, but not be limited to,

LF-14 (rev. 12/01/13)
29743160.1

canceled checks, wire transfer receipts, closing statements, settlement agreements, and any other related papers.

27. Any and all evidence of communications between the Debtor and Lis Valera for any time since the year 2012, including emails, texts and correspondence.

28. Any and all evidence of written agreements of any type between the Debtor and Lis Valera for any time since the year 2012, including contracts, promissory notes, and any other types of agreements.

29. In regard to the real property located at 34 Tortuga Road, Lake Worth Florida 33461, provide the initial closing statement from its purchase, along with the purchase contract, listing agreement, title insurance policy, and proof of the source of all funds used to purchase such property.

30. In regard to the refinancing of the real property located at 34 Tortuga Road, Lake Worth Florida 33461 in 2016, provide the loan application, closing statement, along with the resulting title insurance policy, all related correspondence and proof of the source of all funds used to pay for refinancing costs for such property.

31. In regard to the real property located at 34 Tortuga Road, Lake Worth Florida 33461, provide proof of all mortgage payments, proof of insurance payments, proof of payments for maintenance and upkeep, and proof of residency since its purchase in 2012.