

ORDERED in the Southern District of Florida on March 10, 2017.

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                         Case No.: 17-10223-PGH
                                                                        Chapter 7

NORMANDY DIAZ MENA,

     Debtor.
_____/

### AGREED ORDER GRANTING TRUSTEE'S AGREED MOTION FOR EXTENSION OF TIME IN WHICH TO OBJECT TO EXEMPTIONS

THIS MATTER came before the Court in West Palm Beach, Florida, pursuant to the Trustee's Motion for Extension of Time in Which to Object to Exemptions, the Court having noted that the parties are in agreement to the entry of this Order, and the Court being otherwise advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1.  The Trustee's Agreed Motion for Extension of Time in Which to Object to Exemptions is granted.

2.  The Trustee, Deborah C. Menotte, shall have up through and including May 9, 2017 in which to object to exemptions.

###

Submitted by:
Michael R. Bakst, Esq.
CityPlace Tower
525 Okeechobee Blvd., Suite 1570
West Palm Beach FL  33401
(561) 838-4523
michael.bakst@gmlaw.com

[Michael R. Bakst shall furnish a copy of this Order to all parties listed below and file a certificate of service with the Court.]

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Angelo M Castaldi xm@trippscott.com, bankruptcy@trippscott.com;dst@trippscott.com
- Deborah Menotte    menottetrustee@gmail.com, ecf.alert+Menotte@titlexi.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

## Manual Notice List

Normandy Diaz Mena
75 Barbados Drive
Palm Springs, FL  33461-2829

03032017/jdj
29556.0171