

ORDERED in the Southern District of Florida on June 21, 2017.

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
### www.flsb.uscourts.gov

In re:                                                          Case No.: 17-10223-PGH
                                                                Chapter 7
NORMANDY DIAZ MENA,

    Debtor.
_____/

### AGREED ORDER GRANTING TRUSTEE'S AGREED MOTION FOR EXTENSION OF TIME IN WHICH TO OBJECT TO EXEMPTIONS

THIS MATTER came before on the 20th day of June, 2017 in the Court in West Palm Beach, Florida, upon the the Trustee's Motion for Extension of Time in Which to Object to Exemptions, the Court having noted that the parties are in agreement to the entry of this Order, and the Court being otherwise advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1. The Trustee's Agreed Motion for Extension of Time in Which to Object to Exemptions is granted.

2. The Trustee, Deborah C. Menotte, shall have up through and including July 10, 2017 in which to object to exemptions.

###

Submitted by:
Michael R. Bakst, Esq.
CityPlace Tower
525 Okeechobee Blvd., Suite 1570
West Palm Beach FL 33401
(561) 838-4523
michael.bakst@gmlaw.com

[Michael R. Bakst shall furnish a copy of this Order to all parties listed below and file a certificate of service with the Court.]

**Electronic Mail Notice List**
- Angelo M Castaldi axm@trippscott.com, bankruptcy@trippscott.com;dst@trippscott.com
- Deborah Menotte    menottetrustee@gmail.com, ecf.alert+Menotte@titlexi.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

**Manual Notice List**
Normandy Diaz Mena
75 Barbados Drive
Palm Springs, FL 33461-2829

06212017/jdj
29556.0171